Prob12B
D/NV Form
Rev. June 2014

**United States District Court
for
the District of Nevada**

---

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**November 2, 2015**

---

Name of Offender: **Robert Bolten**

Case Number: **2:12CR00113**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **May 18, 2015**

Original Offense: **Conspiracy to Commit Mail and Wire Fraud**

Original Sentence: **15 Months prison, followed by 36 Months TSR.**

Date Supervision Commences: **August 26, 2016**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

---

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

**Minor Prohibition** - You shall not associate with persons under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved by the probation officer.

**Sex Offender Treatment** - You shall successfully complete a treatment program for sex offenders, which may include polygraph/truth verification testing, as approved by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

**Computer Pornography Prohibition** - You shall neither possess nor have under your control any matter that is pornographic, as defined in 18 U.S.C. § 2256(2), or that depicts, suggests, or alludes to sexual activity of minors under the age of eighteen (18). This

**RE: Robert Bolten**

Prob12B
D/NV Form
Rev. June 2014

includes, but is not limited to, any matter obtained through access to any computer or any material linked to computer access or use.

**Pornography Prohibition** - You shall not own, possess, use, view, or read any pornographic material, or frequent any place that is involved with pornography, as defined in 18 U.S.C. § 2256(2).

**Computer Restriction and Monitoring** - You shall provide the probation officer with accurate information regarding your entire computer system, including all related digital devices with memory and all passwords and internet service providers; you shall allow the installation of any software/hardware on your computer by the probation officer, and you shall abide by all rules of the Computer Restriction and Monitoring Programs Agreement.

## CAUSE

Mr. Bolten is scheduled to release to the District of Nevada in August of 2016. The undersigned officer conducted a prerelease investigation for Mr. Bolten on September 29, 2015. It was discovered that Mr. Bolten's conditions of supervision did not include conditions that would address his sex offender status.

The probation officer submitted a modification request and waiver of hearing to Mr. Bolten. The offender agreed to the aforementioned conditions of supervised release. The waiver of hearing (Probation Form 49) is attached for Your Honor's review.

Respectfully submitted,

STEVEN M. GOLDNER
Senior United States Probation Officer

Approved:

Robert G. Aquino
2015.11.04 09:16:30 -08'00'

ROBERT AQUINO
Supervising United States Probation Officer



**RE: Robert Bolten**

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☑   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

*James C. Mahan*
Signature of Judicial Officer

November 4, 2015
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Minor Prohibition** - You shall not associate with persons under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved by the probation officer.

**Sex Offender Treatment** - You shall successfully complete a treatment program for sex offenders, which may include polygraph/truth verification testing, as approved by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

**Computer Pornography Prohibition** - You shall neither possess nor have under your control any matter that is pornographic, as defined in 18 U.S.C. § 2256(2), or that depicts, suggests, or alludes to sexual activity of minors under the age of eighteen (18). This includes, but is not limited to, any matter obtained through access to any computer or any material linked to computer access or use.

**Pornography Prohibition** - You shall not own, possess, use, view, or read any pornographic material, or frequent any place that is involved with pornography, as defined in 18 U.S.C. § 2256(2).

**Computer Restriction and Monitoring** - You shall provide the probation officer with accurate information regarding your entire computer system, including all related digital devices with memory and all passwords and internet service providers; you shall allow the installation of any software/hardware on your computer by the probation officer, and you shall abide by all rules of the Computer Restriction and Monitoring Programs Agreement.

Witness _____  Signed _____
Robert Bolten              Probationer or Supervised Releasee

Date 10/31/15

# United States District Court

DISTRICT OF NEVADA
PROBATION OFFICE

**Chad R. Boardman**
CHIEF PROBATION OFFICER

☒ Reply to Las Vegas
Foley Federal Building
300 Las Vegas Blvd. South
Suite 1200
Las Vegas, NV 89101
Tel: 702-527-7300
Fax: 702-527-7345



☐ Reply to Reno
Bruce R. Thompson U.S. Courthouse
400 S. Virginia St.
Suite 103
Reno, NV 89501
Tel: 775-686-5980
Fax: 775-686-5990

September 30, 2015

Case Manager B. Cuevas
Los Angeles MDC
535 N. Alameda Street
Los Angeles, CA
90012

RE: Bolten, Robert
Register Number: 46882-048

**CONDITIONAL APPROVAL OF
PRERELEASE PLAN**

Dear Case Manager Cuevas :

After conducting our investigation, we are conditionally approving the offender's release plan, however, we do find that Mr. Bolten's conditions of supervision are not robust enough to mitigate certain risks that may be occasioned by the offender's criminal history.

Bolten has a previous sex offense which involved the sexual assault of a victim under 16. The probation officer found a 3 year old child at the home during a home visit. Despite warnings to the home owner, there exists a potential for this child to return to the home. The probation officer would like to modify the offender's conditions of supervised release as follows:

1. **Minor Prohibition** - You shall not associate with persons under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved by the probation officer.

2. **Sex Offender Treatment** - You shall successfully complete a treatment program for sex offenders, which may include polygraph/truth verification testing, as approved by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

*-Integrity is Our Guide-*

3. **Computer Pornography Prohibition** - You shall neither possess nor have under your control any matter that is pornographic, as defined in 18 U.S.C. § 2256(2), or that depicts, suggests, or alludes to sexual activity of minors under the age of eighteen (18). This includes, but is not limited to, any matter obtained through access to any computer or any material linked to computer access or use.

4. **Pornography Prohibition** - You shall not own, possess, use, view, or read any pornographic material, or frequent any place that is involved with pornography, as defined in 18 U.S.C. § 2256(2).

5. **Computer Restriction and Monitoring** - You shall provide the probation officer with accurate information regarding your entire computer system, including all related digital devices with memory and all passwords and internet service providers; you shall allow the installation of any software/hardware on your computer by the probation officer, and you shall abide by all rules of the Computer Restriction and Monitoring Programs Agreement.

The probation officer has attached the probation form 49, waiver of hearing, for the offender's review. If you have any questions, please contact the undersigned officer at 702-527-7336.

Sincerely,

STEVE GOLDNER
Senior United States Probation Officer

Robert G. Aquino
2015.09.30
14:26:54 -07'00'

ROBERT AQUINO
Supervising United States Probation Officer

Case 2:12-cr-00113-JCM-VCF   Document 361   Filed 11/05/15   Page 9 of 9