MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
MICHAEL V. CASTILLO, ESQ.
Nevada Bar No. 11531
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
(702) 331-2725- Telephone
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:12-cr-00113-JCM-VCF-3 |
| | ) | |
| vs. | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE REVOCATION HEARING |
| | | (First Request) |
| ROBERT BOLTEN | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed between the United States of America, by and through

Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States

Attorney and Michael V. Castillo. Esq, counsel for Defendant ROBERT BOLTEN that the

revocation hearing currently set for Wednesday, June 26th, 2019 at 10:30 a.m. in Courtroom 6A

before the Honorable James C. Mahan be vacated and continued to a date and time convenient to

the Court but no earlier than the week of July 29, 2019. This stipulation is entered into for the

following reasons:

1. This is a joint request by Counsel for the United States and for the Defendant for a

    continuance.

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed a new offense while under supervision.

3. That said offense is currently pending in Las Vegas Justice Court in Case No. PC19F11584X with a return court date of July 10, 2019.

4. That the Defendant is currently being supervised on home confinement with location monitoring.

5. That the Defendant does not object to this request for a continuance.

6. That this is the first request for a continuance of the revocation hearing.

A proposed order is attached.

RESPECTFULLY SUBMITTED this 2 5 day of June 2019.

/s/ Daniel J. Cowhig.
Daniel J. Cowhig
Assistant United States Attorney

/s/ Michael V. Castillo, Esq
Michael V. Castillo, Esq.
Nevada Bar No. 11531
Attorneys for Robert Bolten

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　)　　CASE NO. 2:12-cr-00113-JCM-VCF-3
　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　FINDINGS OF FACT, CONCLUSIONS
　　　　　　　　　　　　　　　　　)　　OF LAW AND ORDER CONTINUING
　　　　　　　　　　　　　　　　　)　　REVOCATION HEARING
ROBERT BOLTEN,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　)
_____)

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is a joint request by Counsel for the United States and for the Defendant for a continuance.

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed new offenses while under supervision.

3. That said offense is currently pending in Las Vegas Justice Court in Case No. PC19F11584X with a return court date of July 10, 2019.

4. That the Defendant is currently being supervised on home confinement with location monitoring.

5. That the Defendant does not object to this request for a continuance.

6. That this is the first request for a continuance of the revocation hearing.

## CONCLUSIONS OF LAW

For all of the above stated reasons, the ends of justice would be served by granting a continuance of the sentencing hearing.

## ORDER

IT IS THEREFORE ORDERED, that the hearing regarding revocation currently scheduled for Wednesday, June 26th, 2019 at 10:30 a.m., be continued to the __6th__ day of __August, 2019__ at __10:30__ a.m , in Courtroom 6A before Judge James C. Mahan.

**IT IS SO ORDERED** June 25, 2019.


_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE


Respectfully submitted by:


_s/ Michael V. Castillo, Esq_
Michael V. Castillo, Esq.
Nevada Bar No. 11531
Attorney for Robert Bolten

4

## CERTIFICATE OF SERVICE

I certify that I am employee of Las Vegas DefenseGroup, LLC. A copy of the above

STIPULATION AND PROPOSED ORDER TO CONTINUE REVOCATION HEARING (First

Request) was served upon counsel of record via Electronic Case Filing (ECF)

Dated this <u>25</u> day of June, 2019

_____

An Employee of Las Vegas Defense Group, LLC.