MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
MICHAEL V. CASTILLO, ESQ.
Nevada Bar No. 11531
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
(702) 331-2725- Telephone
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )  CASE NO. 2:12-cr-00113-JCM-VCF-3
)
vs. )  STIPULATION AND PROPOSED ORDER
)  TO CONTINUE REVOCATION HEARING
)  (Second Request)
ROBERT BOLTEN )
)
)
        Defendant. )
)

    It is hereby stipulated and agreed between the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney and Michael V. Castillo. Esq, counsel for Defendant ROBERT BOLTEN that the revocation hearing currently set for Tuesday, August 6th, 2019 at 10:00 a.m. in Courtroom 6A before the Honorable James C. Mahan be vacated and continued to a date and time convenient to the Court but no earlier than forty five days. This stipulation is entered into for the following reasons:

    1.  This is a joint request by Counsel for the United States and for the Defendant for a continuance.

1

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed a new offense while under supervision.

3. That said offense is currently pending in Las Vegas Justice Court in Case No. 19F11584X with a preliminary hearing date of September 12, 2019 at 10:00 a.m.

4. That the Defendant is currently being supervised on home confinement with location monitoring.

5. That the Defendant does not object to this request for a continuance.

6. That this is the second request for a continuance of the revocation hearing.

A proposed order is attached.

RESPECTFULLY SUBMITTED this __1st__ day of August, 2019.

*/s/ Daniel J. Cowhig.*
Daniel J. Cowhig
Assistant United States Attorney

*/s/ Michael V. Castillo, Esq*
Michael V. Castillo, Esq.
Nevada Bar No. 11531
Attorneys for Robert Bolten

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT BOLTEN,<br><br>　　　　　　Defendant. | CASE NO. 2:12-cr-00113-JCM-VCF-3<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONTINUING REVOCATION HEARING |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is a joint request by Counsel for the United States and for the Defendant for a continuance.

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed new offenses while under supervision.

3. That said offense is currently pending in Las Vegas Justice Court in Case No. 19F11584X with a preliminary hearing date of September 12, 2019 at 10:00 a.m.

4. That the Defendant is currently being supervised on home confinement with location monitoring.

5. That the Defendant does not object to this request for a continuance.

6. That this is the second request for a continuance of the revocation hearing.

## CONCLUSIONS OF LAW

For all of the above stated reasons, the ends of justice would be served by granting a continuance of the sentencing hearing.

## ORDER

IT IS THEREFORE ORDERED, that the hearing regarding revocation currently scheduled for Tuesday, August 6th, 2019 at 10:00 a.m., be continued to the __25th__ day of September, 2019 at __10:00__ a.m., in Courtroom 6A before Judge James C. Mahan.

**IT IS SO ORDERED** August 2, 2019.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

*s/ Michael V. Castillo, Esq*
Michael V. Castillo, Esq.
Nevada Bar No. 11531
Attorney for Robert Bolten

## CERTIFICATE OF SERVICE

I certify that I am employee of Las Vegas Defense Group, LLC. A copy of the above STIPULATION AND PROPOSED ORDER TO CONTINUE REVOCATION HEARING (First Request) was served upon counsel of record via Electronic Case Filing (ECF)

Dated this 1st day of August, 2019

_____
An Employee of Las Vegas Defense Group, LLC.